# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY LEON WEBSTER               PLAINTIFF
ADC #114018

v.                No. 3:19-cv-132-DPM

CITY OF JONESBORO               DEFENDANT

## ORDER

1. Motion to amend complaint, № 11, denied. The Court dismissed Webster's complaint; and nothing in the proposed amendment warrant relief from the Judgment and final Order. № 8 & № 9. This case is closed.

2. Motion for leave to proceed *in forma pauperis* on appeal, № 15, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 8.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019